**Electronically Filed
Supreme Court
SCWC-23-0000552
10-OCT-2025
02:16 PM
Dkt. 9 ODAC**

SCWC-23-0000552

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee

vs.

ARTHUR ONG,
Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000552; CASE NO. 1DTC-22-026436)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Hamman, assigned by reason of vacancy)

Petitioner Arthur Ong's Application for Writ of

Certiorari, filed on September 8, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 10, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kirstin M. Hamman

